[No. 15754-7-III.    Division Three.    November 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. VICENTE LOERA REYES, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 95-1-01842-0, Robert N. Hackett, J., entered April 22, 1996. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Kurtz, J., and Thompson, J. Pro Tem.

[No. 15846-2-III.    Division Three.    November 18, 1997.]

JACK STAATS, ET AL., *Appellants*, v. JAMES BROWN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Asotin County, No. 95-2-01121-7, Donald W. Schacht, J., entered May 29, 1996. *Reversed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kurtz, J.

[No. 15874-8-III.    Division Three.    November 18, 1997.]

*In the Matter of the Marriage of* JANICE HERGERT, *Respondent,* and GERALD R. HERGERT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-3-00914-1, Michael E. Donohue, J., entered May 22, 1996. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kurtz, J.

[No. 15876-4-III.    Division Three.    November 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH L. SHIPLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 96-1-00010-0, John M. Lyden, J., entered May 28, 1996. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Schultheis, J.